# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| HEATHER D. HARTMAN,<br>         *Plaintiff,* | CIVIL NO. 6:07CV00044 |
| v. | <u>ORDER</u> |
| MICHAEL J. ASTRUE, COMMISSIONER OF<br>SOCIAL SECURITY,<br>         *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court upon the parties' cross motions for summary judgment (docket no. 12, 14), the Report and Recommendation of the U.S. Magistrate Judge (docket no. 18), and the Commissioner's objections thereto (docket no. 19). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ordered as follows:

1. The Commissioner's objections (docket no. 19) are hereby GRANTED.
2. The Commissioner's final decision is hereby ADOPTED.
3. The Commissioner's motion for summary judgment (docket no. 14) is GRANTED.
4. Plaintiff's motion for summary judgment (docket no. 12) is DENIED.
5. The case is hereby DISMISSED, and the Clerk of the Court is hereby directed to STRIKE it from the active docket of the Court.
6. The Clerk of the Court is further directed to send a certified copy of this Order to all counsel of record and to U.S. Magistrate Judge Michael Urbanski.

It is so ORDERED.

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 15 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

ENTER: This 15th day of January, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE